UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CONSTANCE RAINEY,

       Plaintiff,                             File No.  1:10-CV-706

v.

                                                   HON. ROBERT HOLMES BELL

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

**ORDER APPROVING AND ADOPTING**
**<u>MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION</u>**

On September 8, 2011, Magistrate Judge Joseph G. Scoville issued a Report and Recommendation ("R&R") recommending that Plaintiff Constance Rainey's motion to remand this case to the Commissioner be denied, and that the Court affirm the final decision of the Commissioner of Social Security denying Plaintiff's claim for supplemental security income benefits. (Dkt. No. 12, R&R.) The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so has expired.  On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

    **IT IS HEREBY ORDERED**   that the September 8, 2011, R&R (Dkt. No. 12) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's motion for remand is **DENIED**.

**IT IS FURTHER ORDERED** that the final decision of the Commissioner of Social Security denying Plaintiff's claim for supplemental security income benefits is **AFFIRMED**.


Dated: September 29, 2011                               /s/ Robert Holmes Bell
                                                        ROBERT HOLMES BELL
                                                        UNITED STATES DISTRICT JUDGE